BERTHA BERKOWITZ et al., Appellants, v. PRUDENTIAL SAVINGS BANK, Respondent.— Action of the plaintiff wife to recover damages for personal injuries suffered as a consequence of falling on the steps leading to the entrance of the defendant bank because of an alleged dangerous icy condition. Companion action of plaintiff husband for expenses and loss of services. Judgment dismissing the complaint reversed on the law and a new trial granted, with costs to abide the event. Questions of fact as to liability were presented by this record. (*Bordonaro* v. *Bank of Blasdell*, 285 N. Y. 606.) Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

TEE KA CHAY, Respondent, v. LAMPORT COMPANY, INC., et al., Appellants.— Order denying in part and granting in part defendants' motion to vacate items of plaintiff's demand for a bill of particulars modified on the law and the facts by granting the motion to vacate as to items 19 (a) (b) (c), 20 (a) (b) (c), 21 (a) (b), 22 (a) (1), (2) and 38. As so modified, the order, insofar as appealed from, is affirmed, without costs. The second counterclaim contained in the answer of the corporate defendants relates to "net loss" sustained on sale of the merchandise and this subject will be material only when and if it is determined that plaintiff is entitled to an accounting. The first counterclaim, however, on its face, seeks recovery of balance of freight charges in accordance with an alleged agreement of plaintiff, even though the complaint be dismissed. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur. [See *post*, p. 1049.]

FRANK DACCHILLE, Respondent, v. PEPSI-COLA COMPANY et al., Appellants, et al., Defendants.— Order granting plaintiff's motion to examine appellants before trial modified on the law by denying the motion to examine as to item No. 15 (*Crandall* v. *Ford Motor Co.*, 260 App. Div. 380), and by limiting the examination to the acts, arrangements, agreements, contracts, etc., of appellants in the borough of Brooklyn. As so modified, the order insofar as appealed from, is affirmed, with $10 costs and disbursements to appellants. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur. Settle order on notice.

REGINA GREENMAN, Appellant, v. ISAAC C. GREENMAN, Respondent.— Order denying motion of plaintiff to vacate a declaratory judgment affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

FRANCESCO GRILLO et al., Appellants, v. JOHN CARDILLO, Respondent.— In an action to have adjudicated that the plaintiffs have a right of way over and across a driveway or roadway upon the lands of the defendant, judgment dismissing the complaint reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. A new trial is granted in the interests of substantial justice. For the purpose of the new trial, all findings of fact and conclusions of law are reversed and disapproved. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

MEYER S. HOROWITZ, Respondent, v. SOPHIE CLIMCHECK et al., Appellants.— Action to recover broker's commissions on the sale of real property. Judgment in favor of plaintiff, entered on the verdict of a jury unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.